# United States District Court
# Eastern District of New York

## NOTICE OF RELATED CASE

The Civil Cover Sheet filed in civil action

**19 CV 07317 JMA AKT**

1) indicated that this case is related to the following case(s):

-OR-

2) was directly assigned as a Pro Se or Habeas case as related to

**18 CV 06375 JMA**