# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NEW YORK

**Douglas C Palmer**
Clerk of Court

**Brenna Mahoney**
Chief Deputy

**Carol McMahon**
Chief Deputy

Theodore Roosevelt Federal Courthouse
Emanuel Cellar Federal Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

Alfonse D'Amato Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722
(718) 613-2270

FILED
CLERK

1/15/2020 1:37 pm

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

January 15, 2020

Brandon Lisi (#62739-054)
MDC-Brooklyn
P.O. Box 329002
Brooklyn, NY 11232

RE: 19-CV-7317(JMA)(AKT), Lisi v. Federal Bureau of Prisons et. al

Dear Mr. Lisi:

This correspondence is pursuant to our phone conversation on January 15, 2020, in which you inquired if the fee had been paid in your case. As such, we have enclosed a copy of the receipt for the full payment of the filing fee. Additionally, we have enclosed a blank summons which you should complete and return to us for issuance. Once issued, we will return the summons to you for service. We have also enclosed instructions for serving the summons and complaint.

Please contact the Pro Se Office if you require further assistance.

Sincerely,

J. Grady
Pro Se Office
100 Federal Plaza
Central Islip, NY 11722
(631) 712-6060

Enc.
CM 01/15/2020