**FILED**
**CLERK**

1/16/2020 2:40 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRANDON LISI,

                Plaintiff,

    -against-

FEDERAL BUREAU OF PRISONS, et al.,

                Defendants.
------------------------------------------------------------X

**ORDER**
19-CV-7317 (JMA)(AKT)

JOAN M. AZRACK, District Judge:

    The Court's records reflect that the complaint in this action was filed on December 30, 2019 together with an application to proceed *in forma pauperis*. On January 13, 2019, plaintiff paid the $400 filing fee. Accordingly, plaintiff's application to proceed *in forma pauperis* is denied as moot.

    Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

    Accordingly, if service is not made upon the defendants by **March 30, 2020**, or plaintiff fails to show good cause why such service has not been effected, the complaint will be dismissed without prejudice. **Plaintiff is to provide a copy of this Order to the defendants along with the summonses and complaint, and shall file proof of service with the Court**.

    Plaintiff is are required to advise the Clerk of Court of any changes of address. Failure to

keep the Court informed of plaintiff's current address may result in dismissal of the case.

**SO ORDERED**.

Dated: January 16, 2020
Central Islip, New York

___/s/ (JMA)_____
Joan M. Azrack
United States District Judge