Brandon Lisi
Inmate Reg. No. 62739-054
Metropolitan Detention Center
MDC-Brooklyn
P.O. Box 329002
Brooklyn, New York 11232

January 27, 2020

United States District Court
Eastern District of New York
Attn.: Jessica Grady
Pro Se Clerk's Desk
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 03 2020 ★
LONG ISLAND OFFICE

RECEIVED
FEB 03 2020
EDNY PRO SE OFFICE

Re: <u>Lisi v. Federal Bureau of Prisons, et al.</u>
    Civil Action No.: 2:19-CV-07317-JMA-AKT

Dear Ms. Grady:

   Enclosed please find an original summons that I completed, pursuant to your instructions, which replaces the original summons that I hand wrote in its entirety, which was originally mailed to the Court on December 12, 2019 (filed pursuant to the prison mailbox rule on even date). Please have the Clerk of the Court sign and date said replacement original summons and please mail same to me at the above listed address, as soon as possible, time being of the essence. Please include a copy of the instant letter after marking same (stamping same) "Received". I have enclosed a postage paid, self-addressed return envelope,

In addition, and as previously noted in my letter to you dated December 23, 2019, and as we discussed in our original and then follow up telephone calls, the filing date for the Complaint in this case should be December 12, 2019, and not December 30, 2019, since the Complaint was mailed (originally) on December 12, 2019 along with a Declaration of Inmate Mailing stating same. As such, the original Complaint was duly filed with this Court on December 12, 2019 via the "prison mailbox rule". You received a duplicate original of the Complaint and Declaration of Inmate filing on or before December 30, 2019, since same were enclosed with my December 23, 2019 cover letter to you.

Accordingly, I would greatly appreciate the filing date of the Complaint to reflect the accurate date same was filed (December 12, 2019) pursuant to the prison mailbox rule. I truly appreciate your time, assistance and understanding.

Should the Court require any further information and/or have any questions, I may be reached via U.S. Mail at the above listed address. Thank you.

Respectfully submitted,

Branden Lisi
Plaintiff Pro Se

Enclosure(s)

Brandon Lisi  
Inmate Reg. No. 62739-054  
Metropolitan Detention Center  
MDC- Brooklyn  
P.O. Box 329002  
Brooklyn, New York 11232

Special/Mail - Legal Mail  
Open in presence of Inmate ONLY - 2

United States District Court  
Eastern District of New York  
Attn: Jessica Grady (Prose Clerk's Desk)  
Long Island Courthouse  
100 Federal Plaza  
Central Islip, New York 11722