# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NEW YORK

**Douglas C Palmer**
Clerk of Court

**Brenna Mahoney**
Chief Deputy

**Carol McMahon**
Chief Deputy



Theodore Roosevelt **Federal Courthouse**
Emanuel Cellar **Federal Courthouse**
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

Alfonse D'Amato **Federal Courthouse**
100 Federal Plaza
Central Islip, NY 11722
(718) 613-2270

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

February 11, 2020  FEB 11 2020 ★

**LONG ISLAND OFFICE**

Brandon Lisi (#62739-054)
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232

RE: 19-CV-7317(JMA)(AKT), Lisi v. Federal Bureau of Prisons et.al

Dear Mr. Lisi:

    The Clerk's Office received your proposed civil summons and has issued an official stamped summons. Enclosed, please find the original and a copy of this summons in addition to instruction on the service of the summons and complaint.

    In response to your letter dated January 27, 2020, please note that the Clerk's Office is not authorized to backdate filings. Filings must be dated as of the date that they were received by the Court. .

Sincerely,

Douglas C. Palmer
Clerk of Court

Enc.
Mailed to litigant on 02/11/2020