AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

**VOID**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 11 2020 ★
LONG ISLAND OFFICE

Brandon Lisi
_____
Plaintiff(s)

v.

Federal Bureau of Prisons, United States of America, Department of Justice, John Doe #1-#10, Jane Doe #1-#10, XYZ entities #1-#10,
_____
Defendant(s)

Civil Action No. 2:19-CV-07317-JMA-AKT

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Federal Bureau of Prisons
Director of Federal Bureau of Prisons
320 First Street, N.W.,
Washington, D.C. 20534

United States of America
C/o Attorney General - United States
Department of Justice
950 Pennsylvania Ave. N.W.,
Washington, D.C. 20530-0001

Department of Justice
Attorney General of the United States
950 Pennsylvania Ave. N.W.,
Washington, D.C. 20530-0001
(See attached)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brandon Lisi
Inmate Reg # 62739-054
MDC - Brooklyn
P.O. Box 329002
Brooklyn, NY 11232

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: FEB 11 2020

*Signature of Clerk or Deputy Clerk*

TO:

John Doe #1-10
c/o Federal Bureau of Prisons
Director of Federal Bureau of Prisons
320 First Street, N.W.,
Washington, D.C. 20534

Jane Doe #1-10
c/o Federal Bureau of Prisons
Director of Federal Bureau of Prisons
320 First Street, N.W.,
Washington, D.C. 20534

XYZ entities #1-10
c/o Federal Bureau of Prisons
Director of Federal Bureau of Prisons
320 First Street, N.W.,
Washington, D.C. 20534



VOID